IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MICHAEL BAHNMAIER,** individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**WICHITA STATE UNIVERSITY,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:20-cv-02246-JAR-TJJ<br>)<br>)<br>)<br>)<br>) |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO SET DEADLINE
FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APRPROVAL**

Plaintiff Michael Bahnmaier ("Plaintiff") and Defendant Wichita State University ("WSU") jointly notify this Court that the parties have agreed to settle the above-captioned action and respectfully move this Court for an order setting Plaintiff's deadline to file his Motion for Preliminary Approval on December 14, 2020. In support of this request, WSU states as follows:

1. On May 19, 2020, Plaintiff served the University with its Complaint, which, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), made WSU's's pleading deadline June 9, 2019.

2. On June 2, 2020, WSU filed a motion for extension of time to respond to the Complaint, requesting a twenty-day extension. [Dkt. No. 9.]

3. On June 5, 2020, the Court granted WSU's motion for extension of time to respond to the Complaint. [Dkt. No. 11.]

4. On June 25, 2020, WSU filed a motion for extension of time to respond to the complaint, requesting a thirty-day extension to allow the parties to continue meeting and conferring on the possibility of an early resolution of this matter. [Dkt. No. 12.]

5. On June 26, 2020, the Court granted the extension, making WSU's responsive pleading deadline July 29, 2020. [Dkt. No. 13.]

6. On July 27, 2020, WSU filed a motion for extension of time to respond to the complaint, requesting a thirty-day extension to further allow the parties to continuing their settlement discussions. [Dkt. No. 14.]

7. On July 28, 2020, the Court granted the extension, making WSU's responsive pleading deadline August 19, 2020. [Dkt. No. 15.]

8. On August 19, 2020, WSU filed its Motion to Dismiss Plaintiff's Complaint. [Dkt. No. 18.]

9. Thereafter, the parties continued to discuss early resolution of the matter and, to conserve resources while those discussions were ongoing, sought and were granted extensions of Plaintiff's deadline to file his Opposition to WSU's Motion to Dismiss. [*See* Dkt. Nos. 20 – 23.]

10. Plaintiff's deadline to file his Opposition to WSU's Motion to Dismiss is currently November 9, 2020. [Dkt. No. 23.]

11. The parties recently reached an agreement on all settlement terms and are currently in the process of memorializing their agreement.

12. The parties believe that forty-five days is sufficient time for them to finalize the settlement agreement and for Plaintiff to draft and file his Motion for Preliminary Approval.

WHEREFORE, the parties respectfully request that the Court vacate all currently set deadlines, including Plaintiff's November 9, 2020 deadline to file his Opposition to WSU's

4849-1695-8160.4

Motion to Dismiss, and set December 14, 2020 as Plaintiff's deadline to file his Motion for Preliminary Approval of the class-action settlement.

        Respectfully submitted,

        /s/ Martin M. Loring

        MARTIN M. LORING KS BAR NO. 20840
        MICHAEL T. RAUPP KS BAR NO. 25831
        HUSCH BLACKWELL LLP
        4801 Main Street, Suite 1000
        Kansas City, MO 64112
        Phone: 816.983.8000; Fax: 816.983.8080
        martin.loring@huschblackwell.com
        michael.raupp@huschblackwell.com

        CASIE D. COLLIGNON (admitted *pro hac vice*)
        BAKER & HOSTETLER LLP
        1801 California Street, Suite 4400
        Denver, CO 80202
        Phone: (303) 861-0600; Fax: (303) 861-7805
        ccollignon@bakerlaw.com

        ***Attorneys for Defendant Wichita State University***

        /s/ Brandon J. B. Boulware
        Brandon J.B. Boulware (KS # 25840)
        BOULWARE LAW LLC
        1600 Genessee Street, Suite 416
        Kansas City, MO 64102
        Tel: (816) 492-2826
        Email: Brandon@boulware-law.com

        William B. Federman (admitted *pro hac vice*)
        FEDERMAN & SHERWOOD
        10205 N. Pennsylvania Ave.
        Oklahoma City, Oklahoma 73120
        -and-
        212 W. Spring Valley Road
        Richardson, Texas 75801
        (405) 235-1560
        (405) 239-2112 (facsimile)
        wbf@federmanlaw.com

        ***Counsel for Plaintiff and the Putative Class***

4849-1695-8160.4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 30, 2020, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on the following ECF-registered counsel of record.

/s/ Martin M. Loring
***Attorney for Defendant Wichita State University***

4849-1695-8160.4