## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL BAHNMAIER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WICHITA STATE UNIVERSITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. 2:20-cv-02246-JAR-TJJ<br>)<br>)<br>)<br>) |

### PLAINTIFF'S UNOPPOSED MOTION FOR
### PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff Michael Bahnmaier ("Plaintiff") respectfully moves this Court for the entry of the proposed Preliminary Approval Order, submitted herewith, which seeks the preliminary approval of a proposed class action settlement (the "Settlement") and certification of a proposed settlement class (the "Settlement Class") as defined therein. In support of this request, Plaintiff states and presents the following:

1. The terms of the Settlement are set forth in the Settlement Agreement dated January 12, 2021, attached to this Motion as Exhibit 1 (inclusive of its Exhibits A-D).

2. The relief sought in this Motion is supported by: the Declaration of William B. Federman, attached to this Motion as Exhibit 2 (inclusive of its Exhibits A-B); and Plaintiff's Memorandum of Law in Support of his Unopposed Motion for Preliminary Approval of the Class Action Settlement, filed contemporaneously herewith.

3. Defendant Wichita State University does not oppose the relief requested in this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter the proposed Order Conditionally Certifying a Settlement Class, Granting Preliminary Approval of the Class Action Settlement, Approving the Form and Manner of Notice, and Scheduling a Final Approval Hearing.

Dated: January 13, 2021                    Respectfully submitted,

/s/ Brandon J. B. Boulware
Brandon J.B. Boulware (KS # 25840)
BOULWARE LAW LLC
1600 Genessee Street, Suite 416
Kansas City, MO 64102
Tel: (816) 492-2826
Email: Brandon@boulware-law.com

William B. Federman (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
-and-
212 W. Spring Valley Road
Richardson, Texas 75801
(405) 235-1560
(405) 239-2112 (facsimile)
wbf@federmanlaw.com

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 13, 2021, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on the following ECF-registered counsel of record.

/s/ Brandon J. B. Boulware
Brandon J. B. Boulware