## If Wichita State University ("WSU") notified you of a December 2019 Data Incident, you may be eligible for a payment from a class-action settlement.

*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

A settlement has been reached in a class-action lawsuit concerning a cyber-attack against Wichita State University whereby criminals accessed WSU's computer systems resulting in the potential compromise of personal information (the "Data Incident"). The Data Incident happened between December 3, 2019 and December 5, 2019, and may have resulted in unauthorized access to certain student and employee web portals. The lawsuit alleges that the Data Incident exposed personally identifying information, including email addresses, dates of birth, and Social Security Numbers. WSU denies the claims in the lawsuit, including that any personal information was accessed, and says it did not do anything wrong.

**Who is included? WSU's records show you are a likely member of the Settlement Class**. The settlement class includes all persons who were sent notification by WSU that their personal identifying information may have been exposed in the Data Incident announced by WSU in March 2020.

**What are the settlement benefits?** The settlement provides payments to people who submit valid claims for reimbursement of up to $300 for documented out-of-pocket expenses and up to three hours of lost time at the rate of $20 per hour that resulted from the Data Incident. Claims made for time spent dealing with the Data Incident can be combined with reimbursement for documented out-of-pocket expenses and are subject to the same $300 cap for all settlement class members. Visit the settlement website or call the toll-free number below for complete benefit details.

**What are my options.  The only way to get a benefit is to file a claim.**  The claim deadline is **[Month, day, year]**. If you do nothing, you will remain in the class, you will not be eligible for benefits, and you will be bound by the decisions of the Court and give up your rights to sue WSU for the claims resolved by this settlement.  If you do not want to be legally bound by the settlement, you must exclude yourself by **[Month Day Year]**.  If you stay in the settlement, you may object to it by **[Month, Day, Year].**

On July 27, 2021 at 2:00 p.m. Central Standard Time, the Court will hold a Fairness Hearing to determine whether to approve the settlement. The Court will also consider class counsel's request for attorneys' fees and expenses of no more than $325,000 for litigating the case and negotiating the Settlement, and a service award of $1,500 for the plaintiff.  Any award of attorneys' fees, expenses, and service award to the plaintiff will be paid separately by WSU and will not reduce the amount of payments to class members who submit valid claims. The motion for settlement approval and motion for attorneys' fees will be posted on the settlement website after they are filed.  You or your own lawyer, if you have one, may ask to appear and speak at the hearing at your own cost, but you do not have to.

This is only a summary of the settlement.  Detailed information concerning benefits, how to file a claim or how to object is available at the website www.WichitaStateUniversitySettlement.comor by calling toll-free at 844-367-8804.

www.WichitaStateUniversitySettlement.com            1- 844-367-8804

H0093520.