IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL BAHNMAIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WICHITA STATE UNIVERSITY,<br><br>Defendant. | Case No. 2:20-cv-02246-JAR-TJJ |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff Michael Bahnmaier ("Plaintiff") respectfully moves this Court for the entry of the proposed Final Order and Judgment, submitted herewith, which seeks: (1) the final approval of the proposed class action settlement (the "Settlement") on the terms set forth in the Amended Settlement Agreement (the "Settlement Agreement") and exhibits thereto, dated February 9, 2021 (Dkt. No. 33-1); and (2) final certification of a proposed settlement class (the "Settlement Class") as defined therein.

Pursuant to the Court's Preliminary Approval Order entered on February 10, 2021 (Dkt. No. 33), this Motion is set for hearing on July 27, 2021 at 2:00 p.m., before the Honorable Julie A. Robinson of the United States District Court for the District of Kansas, Courtroom 427, of the U.S. Courthouse, 500 State Ave., Kansas City, KS 66101.

In support of the relief sought, Plaintiff submits herewith: (1) Plaintiff's Memorandum of Law in Support of his Unopposed Motion for Final Approval of the Class Action Settlement; (2) the Declaration of William B. Federman (inclusive of its Exhibits A-B); the Declaration of Scott M. Fenwick of Kroll Settlement Administration LLC (inclusive of its Exhibits A-C); the

1

Settlement Agreement and the exhibits thereto, dated February 9, 2021 (Dkt. No. 33-1); all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

Defendant Wichita State University does not oppose the relief requested in this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter the proposed Final Order and Judgment submitted herewith.

Dated: May 11, 2021                              Respectfully submitted,


/s/ Brandon J. B. Boulware
Brandon J.B. Boulware (KS # 25840)
BOULWARE LAW LLC
1600 Genessee Street, Suite 416
Kansas City, MO 64102
Tel: (816) 492-2826
Email:  Brandon@boulware-law.com

William B. Federman (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
-and-
212 W. Spring Valley Road
Richardson, Texas 75801
(405) 235-1560
(405) 239-2112 (facsimile)
wbf@federmanlaw.com

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 11, 2021, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on the following ECF-registered counsel of record.

/s/ Brandon J. B. Boulware
Brandon J. B. Boulware

3