# CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET

MICHAEL R. BAHNMAIER,

    Plaintiff

  Vs.                          Case No. 20-2246-JAR-TJJ

WICHITA STATE UNIVERSITY

    Defendants

| JUDGE: | Julie A. Robinson | DATE: | 7/27/2021 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Dani Murray |
| INTERPRETER: |  | PRETRIAL/PROBATION: |  |

## PRELIMINARY SETTLEMENT APPROVAL HEARING
*(via Zoom Video Conference)*

This case comes before the Court for a preliminary settlement approval hearing. Appearances are as follows: Plaintiff appears by their counsel, William Federman and Brandon Boulware. Defendant appears by its counsel, Casie Collignon and Martin Loring.

After hearing statements from counsel, and for reasons set out more specifically on the record, the Court finds that final class certification is proper under Fed. R. Civ. P. 23(a) and (b)(3), and that under Rule 23(e), the settlement is fair, reasonable and adequate. The Court therefore grants Plaintiff's Unopposed Motion for Final Approval of the Class Action Settlement (Doc. 36). The Court takes Plaintiff's Unopposed Motion for Attorneys' Fees and Expenses (Doc. 38) under advisement pending the submission of fee records in camera but approves the proposed service award to Mr. Bahnmaier as fair and reasonable.

The Court will issue a final approval order.